Certificate Number: 02114-OHN-CC-023972256


02114-OHN-CC-023972256

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>August 11, 2014</u>, at <u>12:50</u> o'clock <u>PM EST</u>, <u>Gary Masucci</u> received from <u>Consumer Credit Counseling Service of Greater Atlanta d/b/a ClearPoint Credit Counseling Solutions</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Ohio</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C . §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>August 11, 2014</u>     By:    <u>/s/Eric Dina</u>

                              Name:  <u>Eric Dina</u>

                              Title: <u>Customer Service</u>

\*Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).